CAMILLE HERNANDEZ BOYER v. JIMMY V. BOYER

20 So. (2nd) 899                                      January Term, 1945
February 16, 1945                                     Division A

*S. Colquitt Pardee,* for appellant.

*James H. Moore,* for appellee.

PER CURIAM:

The appeal in this case is from decree granting divorce and the only question presented is:

"Does the evidence justify the decree of divorce in favor of the plaintiff?"

We have studied the record and find that the evidence is conflicting but we cannot say that we fail to find substantial evidence to support the decree of the chancellor. Therefore, no reversible error appearing in the record, the decree is affirmed.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.